IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service,<br><br>          Petitioners,<br><br>     v.<br><br>BRIAN RICHARDS,<br><br>          Respondent. | Case No. 1:06-cv-1017 OWW DLB<br><br>ORDER CONTINUING HEARING DATE |

Pending before the Court is the United States' petition to enforce an IRS summons issued to respondent Brian Richards. The parties have filed a Joint Stipulation for Entry of Order Continuing Hearing Date. In the Stipulation, the parties agree and request that the hearing on the Order to Show Cause be continued to November 3, 2006, at 9:00 a.m.

This Order reflects the agreement as presented by the Stipulation filed by the parties.

IT IS HEREBY ORDERED that the hearing on the United States' petition to enforce the IRS summons to Brian Richards, set for October 6, 2006, at 9:00 a.m., is continued to November 9, 2006, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 6, 2006**          **/s/ Dennis L. Beck**
3b142a                                           UNITED STATES MAGISTRATE JUDGE