1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF (SBN 219488)
   Asst. United States Attorney
3  U.S. Courthouse, Suite 4401
   2500 Tulare St.
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America and
7  Revenue Agent Fred Chynoweth

8
                 IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA and   )   Case No. 1:06-cv-1017 OWW DLB
   FRED CHYNOWETH, Revenue Agent, )
12 Internal Revenue Service,      )   JOINT STIPULATION OF
                                  )   DISMISSAL PURSUANT TO
13            Petitioners,        )   FED. R. CIV. P. 41(a);
                                  )   ORDER
14                                )
           v.                     )
15                                )
                                  )
16 BRIAN RICHARDS,                )
                                  )
17            Respondent.         )
   _____)
18

19

20

21

22      Petitioners United States of America and Revenue Agent Fred

23 Chynoweth, and respondent Brian Richards, by and through their

24 respective undersigned counsel, hereby stipulate to the dismissal

25 of this action pursuant to Fed. R. Civ. P. 41(a).  The parties

26 further stipulate that each party shall bear its own costs and

27 fees in this action.  This Joint Stipulation of Dismissal is

28
                                 -1-
       JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
                            [PROPOSED] ORDER

1  executed by all parties that have appeared in this action.

3                                     Respectfully submitted,

4  Dated:  November 8, 2006           McGREGOR W. SCOTT
                                      United States Attorney

6                                     /s/ Kirk E. Sherriff
                                      KIRK E. SHERRIFF
7                                     Assistant U.S. Attorney

8                                     Attorneys for Petitioners

11 Dated:  November 8, 2006           GIBBONS & ASSOCIATES

13                                    /s/ Peter Gibbons
                                      (as authorized on 11/7/06)
                                      PETER GIBBONS
14
                                      Attorneys for Respondent
15                                    Brian Richards

19 IT IS SO ORDERED.

20 **Dated:   November 9, 2006**            **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE

-2-

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
[PROPOSED] ORDER